EXHIBIT 1

# Amazon makes official announcement about its new West Jordan warehouse



Case 2:23-cv-00311-TC-CMR    Document 13-1    Filed 11/28/23    PageID.100    Page 3 of 8

SUBSCRIBE    SUBSCRIBE

The Salt Lake Tribune

By Dan Harrie | Aug. 19, 2019, 6:14 p.m. | Updated: 8:03 p.m.

💬 Comment

Amazon.com on Monday announced its plan to open a new warehouse — the company calls it a "fulfillment center" — in West Jordan that is expected to bring more than 800 jobs starting at $15 an hour with full benefits.

"Utah has a talented workforce, and we are very excited to grow employment beyond the more than 2,000 associates already serving customers in the state," Alicia Boler Davis, Amazon's vice president of global customer fulfillment, said in a prepared statement.

Gov. Gary Herbert praised the plan, calling Utah "the perfect place for companies in the distribution, fulfillment and logistics industries to enjoy great success."



*[]*

Amazon recently held a grand opening for its first fulfillment center in Utah — located in Salt Lake City. That project came after the state agreed to $5.6 million in tax breaks.

The West Jordan facility will be even larger, at 1.3 million square feet at the northeast intersection of Old Bingham Highway and Bacchus Highway.

Report this ad

First reported last week by The Salt Lake Tribune, the project was developed under the code name "Lonestar," and city officials approved $1.6 million in incentives for it last week. The city had signed a nondisclosure agreement prohibiting them from openly identifying the name of the retail giant behind the project.

The agreement between the city and Lonestar requires the city to pay $1.6 million, but the company will build roads, water lines and storm drains "at a cost greater than the agreement's value."

Steck said the warehouse has a projected property value of $109 million and it's estimated the city will receive about $200,000 annually in property taxes, meaning the city will recoup its investment within seven years.

"This is a very reasonable agreement," Steck told members of the council. It is also far more modest than the incentive package offered three years ago when the city pushed a $260 million offer to Facebook to build a massive data center.

ⓕ                                                    Report this ad

That project was killed when the State Board of Education, which was among several government entities that would have had to forfeit revenues in the package, balked. Then Salt Lake County Mayor Ben McAdams had spearheaded opposition, calling the incentives offered "too rich by an order of magnitude," especially in light of the estimated number of jobs created — 50 to 300.

City officials note that the current deal has a far different cost-benefit equation for the city.

West Jordan Mayor Jim Riding said the city "is thrilled" about the project.

"Amazon's decision to invest here reflects confidence in the city's business environment and excellent workforce," Riding said in a prepared statement. "This project, with approximately 800 new jobs, will provide our residents with even greater opportunity to work close to home."

City Manager David Brickey told The Tribune that the benefit to the city comes not only from increased property taxes and improvements to the roads and water and sewer lines in the area to foster other development, but income tax revenues.

"This is something that's quite tangible," Brickey said.

▽                    Report this ad

## THE LATEST

A Utah man is charged with threatening a Palestinian rights group as tensions rise from Israel-Hamas war

Utah women's basketball drops in AP Top 25 poll

TONIGHT: Which SLC schools will be recommended for closure?

Utes are elated to get 'supreme leader, alpha dog' Cam Rising back for another season

Utah Royals add three more players to new roster

Walker Kessler out at least another week, Jazz say

### CONNECT

Facebook

✗  Twitter

Instagram

YouTube

RSS



### SUBSCRIPTIONS

Subscribe to print + digital

Subscribe to digital only

Digital access for print subscribers

Email newsletters

Login to your print account

Login to your digital account

Subscription FAQs

*The Salt Lake Tribune*

SUBSCRIBE

SUBSCRIBE

## ABOUT US

History and mission

Our nonprofit model

Board and advisers

Officers and staff

Supporters

Donors and tax filing

Privacy policy

California privacy

Editorial policies and ethics

ABOUT US

TERMS OF SERVICE

PRIVACY POLICY

EDITORIAL POLICY

ADVERTISE

CONTACT US

HELP

## MORE

Advertise with us

Legal notices

Store

Podcasts

Archives

Story Tips

Support The Tribune

Donate

Cookie Preferences

Commenting Policy

SUPPORT

WEEKLY PRINT EDITION

EMAIL NEWSLETTERS

PODCASTS

NEWS TIPS

DONATE

COOKIE PREFERENCES

  

 

Report a missed paper by emailing subscribe@sltrib.com or calling 801-237-2900

For e-edition questions or comments, contact customer support 801-237-2900 or email subscribe@sltrib.com

sltrib.com © 1996-2023 The Salt Lake Tribune. All rights reserved.

*The Salt Lake Tribune*

11/20/23, 5:35 PM
Case 2:23-cv-00311-TC-CMR   Document 13-1   Filed 11/28/23   PageID.105   Page 8 of 8
Amazon makes it official: It announced about its new West Valley warehouse

The Salt Lake Tribune

SUBSCRIBE

SUBSCRIBE

