# EXHIBIT 3

UTAH
An official website

Governor's Office of Economic Opportunity

Home    About    Programs & Services    News    Contact



# Amazon: Supporting Employees, Customers, and Communities

*Note: This article is part of a series providing updates from companies that <u>received an EDTIF tax credit</u>. Our office has an ongoing partnership, through a post-performance incentive, with the company. The story is the company's narrative an

Give Feedback

Privacy - Terms

*may not reflect the methodology of standardized legislative reporting requirements published in our Annual Report. We do not certify or independently verify any company's data as part of this 'Where are they now?' series.*

Amazon has created more U.S. jobs in the last decade than any other company. Last year, we hired 500,000 employees and now directly employ 1.3 million people around the world. These are jobs that pay at least $15 per hour, more than double the federal minimum wage, and come with comprehensive, industry-leading benefits.

"Amazon's growth continues to fuel the creation of quality jobs and opportunities for entrepreneurship for thousands of Utahns," said Dan Hemmert, executive director of the Utah Governor's Office of Economic Development. "The company's focus on supporting employees, customers, and positively impacting communities helps Utah's economy and Utahns' quality of life."



The company is a global business with local roots set firmly in Salt Lake City and surrounding communities like West Jordan, American Fork, and North Salt Lake. From the local jobs it brings, to the local people it employs, trains, and upskills, Amazon supports Utah communities and residents.

Today, Amazon employs more than 8,000 full-time and part-time Amazonians in Utah, and it continues to hire.

"As we expand our operations network in Utah, we continue to support a thriving economy, creating new jobs as well as opportunities for entrepreneurs to launch new delivery businesses in partnership with Amazon," said Ben Anderson, general manager of Amazon's new non-sort fulfillment center, which launched last August in West Jordan.

In 2020, Amazon launched new customer fulfillment centers and delivery stations in Utah, with additional locations slated to launch this year.

"Today, we have more than 950,000 employees based in the U.S. Also, our investments have produced a ripple effect of more than 780,000 indirect jobs, which help communities across the nation thrive. In Utah, we have generated over 4,600 indirect jobs on top of our direct hires," added Anderson.

Amazon invested over $1 billion in Utah from 2010 to 2019, including infrastructure and compensation to its employees. The investments contributed more than $956 million to the state's gross domestic product.

Give Feedback



**Amazon's Response to COVID-19**

"Since the COVID-19 pandemic began, we've invested billions in safety measures, prioritizing our employees' health and safety above everything else," said Anderson. "We offer widespread COVID-19 testing for employees, provide two weeks of paid time off for anyone diagnosed with or exposed to COVID-19, and we increased the frequency and intensity of cleaning at all of our buildings."

To learn more about how Amazon supports employees, customers, and communities and furthering research during the COVID-19 pandemic, visit Amazon's Day One Blog .

**Amazon Invests in Employees**

Amazon has also invested heavily in ensuring employees have resources and opportunities to upskill, pursue in-demand careers, or build longer-term careers.

Give Feedback

The company's Utah operations offer jobs with a starting wage of $15 per hour, comprehensive benefits that start on the first day on the job, and a wide range of programs to learn new skills for in-demand jobs as part of Upskilling 2025. This program is a $700 million commitment by the company to support all employees in gaining critical knowledge to move into higher-skilled, better paying, technical, or non-technical roles. Due in part to these programs and benefits, Amazon is proud to be recognized by LinkedIn as a top company to work for.



**Amazon Invests in Communities**

Amazon's philanthropic efforts in Utah include donations of hundreds of thousands of pounds of in-kind essentials, food, personal protective equipment, and household goods as well as grants to schools and nonprofit organizations that assist Utahns in need. The company supports efforts to end hunger and homelessness and assists organizations that provide shelter and resources to those with critical needs.

The company is also making significant investments and donations in programs like Amazon Future Engineer ↗, a comprehensive childhood-to-career program to increase access to computer science education for children and young adults from underserved and underrepresented communities.

"Amazon is committed to helping drive prosperity across the state of Utah, and we're excited by the potential to continue to invest, invent, and create Utah jobs and income," noted Anderson.

For additional Amazon news on Twitter, visit here ↗.

DAN HEMMERT



An official website of the State of Utah

© State of Utah

Utah.gov Home ↗ | Terms of Use ↗ |

Privacy Policy ↗ | Accessibility ↗ | Translate ↗

Give Feedback