# EXHIBIT 4

11/20/23, 5:32 PM
Behind the scenes: Amazon's same-day shipping facility in Utah preps for Prime Day 2022 | KUTV
Case 2:23-cv-00311-TC-CMR Document 13-4 Filed 11/28/23 PageID.19 Page 2 of 7



# Behind the scenes: Amazon's same-day shipping facility in Utah preps for Prime Day 2022

by Kelly Vaughen, KUTV
Mon, July 11th 2022, 6:54 AM MDT



EYE on UTAH: Employees at Amazon's only same-day fulfillment facility in Utah are preparing for the upcoming Prime Day, happening July 12 - 13, 2022. (KUTV)



SALT LAKE CITY (KUTV) — As prices of seemingly everything continue to climb, many people are looking for deals on purchases big and small. Amazon's 7th annual Prime Day event is July 12 and 13, with discounts on millions of items for Prime members.

With prices soaring, some people might want to skip out on shopping this year, but Amazon said they expect many people to take advantage of their steep discounts.

"We expect a spike in our demand," said Steve Volk, the site leader at Amazon's only sub same-day fulfillment center in Utah. "We acknowledge it right, that the inflation is real and it's here. But it's something we've prepared for as a company, and we still expect a strong Prime Day event."

**Robust jobs report from June clouds outlook for US economy**

America's employers shrugged off high inflation and weakening growth to add 372,000 jobs in June, a surprisingly strong gain.

KUTV · CHRISTOPHER RUGABER · Jul 8, 2022

Promoted Links

**Looking for a Mortgage? Compare Tuesday's Rates**
NerdWallet
Learn More

**Help give back to the community this Giving Tuesday**

**If You Have A Computer, This Adventure Game Is A Must-Play.**
Sunrise Village
Play Now

**GOP lawmakers hint at new chapter in Biden impeachment inquiry**




40° 45° 48°

The same-day center can get deliveries to your home in as little as five hours after ordering them. The center is 150,000 square feet, about the size of two football fields.

"We'll fulfill items as small as a gift card or batteries and as large as car seats and dog food and cat food," said Volk.

The center in Salt Lake City serves about an hour radius, delivering from Layton to Orem and Tooele to Park City.



*EYE on UTAH: Employees at Amazon's only same-day fulfillment facility in Utah are preparing for the upcoming Prime Day, happening July 12 - 13, 2022. (KUTV)*

The facility stores items that Utahns want most — each same-day center in the U.S. has different items. In Utah's center, they keep a lot of household goods: toilet paper, kitty litter and other things customers might need fast.

The center sends out 20,00 to 25,000 packages a day, and that will increase significantly during Prime Day 2022.

> "We treat this like our Super Bowl events," Volk said.

The sales are scattered throughout the 48 hours, with deals on food, tech, clothing and other categories.

"We plan our inventory leading up to Prime Day. So, we've been building our inventory over the last couple of weeks," Volk said.

**RELATED REPORTS**

- Companies becoming part of abortion debate after Supreme Court overturns Roe v. Wade
- CVS, Amazon, Rite Aid limiting purchase of emergency contraceptives
- Amazon's Alexa could soon mimic voice of dead relatives
- Amazon Prime adding free Grubhub meal delivery for members

Once you place a same-day order though the center, your click sends what they call a "mission" to one of the 2,500 robotic drives in the facility.

The drives look like large four-sided yellow bookcases on top of a robot. The drives shuttle around 600,000 units of inventory, bringing them to associates who then scan the item, package it, and put it on a conveyor belt.



*630 EYE ON UTAH- KELLY.transfer_frame_2882.png*

A few seconds later the package is in the delivery area of the building, scanned again and sent on a truck for delivery. Amazon has about 35 packages a flex driver is assigned. Flex drivers only drive when they want to and use their own car to take your package straight to your door.

"We expect Prime Day to be just as big as ever, and we prepared for it," Volk said.

**MORE EYE ON UTAH:** **Technology helping those with visual impairments gain independence**

Volk said that when you receive a package, you can check to see if it came through their sub same day facility.

If your package has "SUT" or "VUT" on the labeling, their employees worked to get it to you through their same day service.

2News is keeping our Eye on Utah with all the stories that are important to you. Check out the *Eye on Utah section of KUTV.com* for the latest local reports. If you have any story ideas, email eyeonutah@kutv.com and Kelly Vaughen will look into it.

**MORE TO EXPLORE**

**Hooked on Outdoors - High Mountain Fall Trout**

**Salt Lake City News, Weather, Sports, Breaking News | KUTV**

**Wayne Brady 'involved in a physical altercation' with driver charged with DUI, report says**

**SPONSORED CONTENT**

by Taboola

**Brooks' Expensive Divorce Makes History**

FamilyThis | SPONSORED

Learn more

**Looking for a Mortgage? Compare Tuesday's Rates**

NerdWallet | SPONSORED

Learn More

11/20/23, 5:32 PM
Behind the scenes: Amazon's same-day shipping facility in Utah preps for Prime Day 2022 | KUTV
Case 2:23-cv-00311-TC-CMR Document 13-4 Filed 11/28/23 PageID.124 Page 7 of 7




40°  45°  48°

**If You Like to Play, this Adventure Game Is A Must-Play.**
Sunrise Village | SPONSORED            Play Now

ADVERTISEMENT

Loading ...