# EXHIBIT 6

MARKETPLA

News   Sports   Brandview   TV   Radio   Video   Obituaries   Weather   Classifieds   Cars

COUNTIES    Home   Southern Utah   Tooele   Salt Lake   Davis   Weber   Utah   Summi

Advertise with us                                                                                                   Report ad

# After rapid pandemic expansion, Amazon delays opening new Weber County warehouse

By Kaitlyn Bancroft and Roy Burton, KSL.com | Posted - Dec. 11, 2022 at 5:28 p.m.



An Amazon warehouse in Marriott-Slaterville looks complete from the outside but may not open until 2024 due to ongoing supply chain issues. (Mark Lennihan)

21    f    𝕏    ✉    🖨                                        Save Story    🔖

Estimated read time: 3-4 minutes

MARKETPLA

in Weber County.

That warehouse, in Marriott-Slaterville, looks complete from the outside, but its opening could be delayed until 2024 due to supply chain problems in receiving equipment to operate the last-mile delivery hub.

Bill Morris, city administrator for Marriott-Slaterville, said Amazon has never talked to him directly about the 183,000-square-foot facility; rather, he's only heard information second-hand through the building's landlord. "Amazon is just leasing that site," he said.

Morris said he's heard that once opened, the warehouse will employ between 400 and 600 people. The facility is intended for last-mile delivery in Weber County, serving six zip codes in the nearby area, he said.

The massive online retailer already operates 16 facilities in Utah and employs thousands of people at corporate offices, sorting and fulfillment centers, delivery stations and a pharmacy distribution center. Amazon opened its first same-day fulfillment center in the state in West Jordan in May, offering certain items for rapid delivery. The Weber County center was initially described to be a connecting facility, as products make their way to others in the state.

ADVERTISEMENT

Advertise with us                                    Report ad

Though Cyber Monday and Black Friday again set sales records this year, the Associated Press reports that after a pandemic boom in online shopping, Amazon has been scaling back its aggressive warehouse expansion plans and axing some projects in a cost-cutting move. Like

Case 2:23-cv-00311-TC-CMR   Document 13-6   Filed 11/29/23   PageID.145   Page 4 of 5



News    Sports    Brandview    TV    Radio    Video    Obituaries    Weather    Classifieds    Cars

CNBC reported in September that the retail giant had "closed or canceled 44 facilities and delayed the opening of 25 sites" as of then, after nearly doubling its footprint between 2019 and 2021, with the Marriott-Slaterville facility listed as one with "equipment delays."

Amazon did not respond to a request for comment from KSL.com about its plans for the Weber County warehouse. Back in June, a company spokeswoman in San Francisco told the Standard-Examiner that the company had no new information to share about the project, including reasons for the delay or an expected opening date.



A worker operates a lift as it moves from isle to isle retrieving products inside the newly opened Amazon fulfillment center in West Jordan on Sept. 14, 2020. (Photo: Scott G Winterton, Deseret News)

There's one advantage to the delay: It's giving Marriott-Slaterville time to prepare for the increased traffic congestion the city anticipates once the warehouse becomes operational.

Case 2:23-cv-00311-TC-CMR   Document 13-6   Filed 11/29/23   PageID.146   Page 5 of 5

certain times of the day.

"What we're looking at is possibly two additional stoplights on 400 North," Morris said. "We have some time to do some homework on that."

Morris said traffic signals cost anywhere from half a million dollars to $1 million each.

"The market is so weird right now with supply issues," he said. "One day, it's going down and things are cheaper. And the next day, there's a shortage."

## Related links

Utah earns top ranking for entrepreneurs selling on Amazon

## Related stories

Amazon launches first same-day fulfillment center in Salt Lake City

New high-tech Amazon facility to boost company's Utah workforce to 5,000

## Most recent Weber County stories

2 injured in Ogden shooting

Here's what's new at Utah's 15 ski resorts this year after record-breaking season

Weber County asks for public's help in solving 40-year-old cold case homicides

## Related topics

Business    Utah    Weber County


**Kaitlyn Bancroft**


**Roy Burton**