# EXHIBIT 8



Amazon Tours   >   North America In Person   >   Salt Lake City, UT (SLC1)

## End of Year Update

Thank you for your interest in Amazon Tours! We're busy preparing holiday orders through the end of the year, but are excited to welcome guests back with new dates in 2024. Please check back in January for updated availability.





# Registration
## Salt Lake City, UT (SLC1)

### SLC1: Amazon Fulfillment Center

777 North 5600 West
Salt Lake City, UT 84116

Ever wondered what happens when you shop on Amazon? Book a free walking tour of an Amazon warehouse and see how our people and technology deliver for customers.

**NOVEMBER 2023**

| SU | MO | TU | WE | TH | FR |
|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  |
| 5  | 6  | 7  | 8  | 9  | 10 |
| 12 | 13 | 14 | 15 | 16 | 17 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 26 | 27 | 28 | 29 | 30 |    |



# Site Information

The Fulfillment Center



Our Fulfillment Center in Salt Lake City, UT is a robotics sortable facility. In these centers, associates ship items smaller than a conventional microwave alongside robots.

## Arrival

Please arrive 15 minutes early to allow extra time for finding parking. Enter the main Amazon driveway from 700 North. Guests should enter the building through the Main Entrance and wait in the lobby until your Tour Guide arrives to greet and check you in.

# Venue Details

### Located in
### Salt Lake City, UT

5 miles from Salt Lake City International Airport
9 miles from downtown Salt Lake City, UT
40 miles from Park City, UT

### SLC1: Amazon Fulfillment Center
777 North 5600 West





Salt Lake City, UT 84116

# Know Before You Go



### Tour Duration
Each tour is approximately 60-90 minutes long. On the tour you may walk up and down at least one flight of stairs and walk approximately 1 mile.



### Arrive Early
Early arrival is strongly recommended. Plan to arrive 15 minutes prior to your tour. If guests do not arrive on time, the tour will start without you. Once the tour has begun, guests will not be able to join the tour.



### Attire
All guests must wear flat, closed-toed, and closed-heeled shoes (no sandals, clogs or high heels). We recommend wearing comfortable shoes or sneakers. Additionally, long hair must be pulled at or above shoulder length. Loose fitting clothing (long-hanging jewelry, scarves, or ties) are not permitted. Headscarves worn for religious reasons are permitted but must be tucked in securely.

### Identification



Upon your arrival, your tour leader will ask for a government issued photo ID. Please ensure that guest information submitted during sign-up matches the guest ID.



## Guest Registration Required

Guests must sign up for the tour prior to arrival. Walk-ins will not be admitted into the tour.



## Children

Children must be six years of age or older to attend the tour. Visitors may not carry young children on the tour. Guests under the age of 18 must be accompanied by an adult.



## Accessibility

Amazon Fulfillment Centers are accessible facilities. To request a specific accommodation for a tour, please reach out via the Amazon Tours Help Center ahead of registration to confirm we can support.



## Service Animals

Pets are not authorized on the tour. Service animals are permitted in all public areas and on the tour. Service animals are dogs that have been individually trained to do work or perform tasks for the benefit of an individual with a disability and does not include emotional support, comfort, or companionship animals.



## Language

Tours are conducted in the local language. Sign Language support is available with at least two weeks advanced notice.



## COVID-19

Guests will be asked to adhere to any local COVID-19 regulations while inside the building.



## Photography

While cell phones are allowed on the tour, still photography is only permitted in designated photo spots along the tour.



## Items Allowed on Tour

You may bring your wallet, keys, cell phone, and transparent water bottle on the tour. If you have other personal bags or items, we will ask you to either leave them in your car or in our secured tour room. Outside food and drink will not be permitted on the tour. We do advise that you eat before the tour.

Careers    Amazon Tours Help Center

Cookie Preferences

Privacy Notice    Conditions of Use    Interest-Based Ads    © 1996-2023 Amazon.com, Inc. or its affiliates