# EXHIBIT 9

11/20/23, 5:14 PM
amazon facilities in Utah - Google Maps
Case 2:23-cv-00311-TC-CMR   Document 13-9   Filed 11/28/23   PageID.162   Page 2 of 4

# Google Maps  amazon facilities in Utah



Map data ©2023 Google   5 mi

Hours ▾   All filters

Results ⓘ



**Amazon SLC2 Fulfillment Center**
3.5 ★★★☆☆ (109)
Warehouse · 7148 W Old Bingham Hwy
Open 24 hours · (800) 362-3921

Directions

**Amazon Fulfillment Center Tours - SLC1**
4.0 ★★★★☆ (511)
Warehouse · 777 N 5600 W

Website   Directions

**Amazon SLC3**
3.6 ★★★☆☆ (57)
Warehouse · 355 John Glenn Rd

Website   Directions

Open 24 hours

| | |
|---|---|
| **Amazon Hub**<br>3.0 ★★★☆☆ (4)<br>Warehouse · 398 E 1100 S St<br>Temporarily closed | <br>Directions |
| **Amazon International**<br>1.0 ★☆☆☆☆ (4)<br>Warehouse · 1021 E Pacific Dr<br>(866) 763-1223 |  <br>Website   Directions |
| **Amazon SLC4**<br>4.1 ★★★★☆ (34)<br>Warehouse · 770 Gladiola St<br>Open 24 hours |  <br>Website   Directions |
| **Amazon DUT3**<br>4.2 ★★★★☆ (45)<br>Warehouse · 620 Lester St<br>Open 24 hours | <br>Directions |
| **Amazon DUT2**<br>4.0 ★★★★☆ (65)<br>Warehouse · 1222 S 500 E<br>Open 24 hours | <br>Directions |
| **Amazon SLC9**<br>4.4 ★★★★☆ (74)<br>Warehouse · Amazon Services LLC, 808 6550 W<br>Open 24 hours |  <br>Website   Directions |
| **Amazon DUT7**<br>4.0 ★★★★☆ (46)<br>Warehouse · 989 W Center St<br>Open 24 hours | <br>Directions |
| **Amazon DUT4**<br>4.3 ★★★★☆ (58)<br>Warehouse · 7001 New Bingham Hwy<br>Open 24 hours | <br>Directions |

