# EXHIBIT 10



# AMAZON.COM SERVICES LLC

Update this Business

**Entity Number:** 10529210-0161
**Company Type:** LLC - Foreign
**Address:** 410 TERRY AVENUE NORTH SEATTLE, WA 98109
**State of Origin:** DE
**Registered Agent:** CORPORATION SERVICE COMPANY
**Registered Agent Address:**
15 WEST SOUTH TEMPLE, SUITE 600
Salt Lake City, UT 84101

View Management Team

Status: Active

Purchase Certificate of Existence

**Status:** Active 🟢 *as of 09/18/2017*
**Renew By:** 09/30/2024
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** <u>Not</u> Registered with Verify Utah

History

View Filed Documents

**Registration Date:** 09/18/2017
**Last Renewed:** 08/26/2023

Additional Information

**NAICS Code:** 5415 **NAICS Title:** 5415-Computer Systems Design and Related

Former Business Names

AMAZON FULFILLMENT SERVICES, INC.
AMAZON.COM SERVICES, INC.

<< Back to Search Results

Business Name: