# EXHIBIT 11



# DIVISION OF CORPORATIONS AND COMMERCIAL CODE
## BUSINESS SEARCH

## AMAZON.COM SALES, INC.

[Update this Business]

**Entity Number:** 11870691-0143
**Company Type:** Corporation - Foreign - Profit
**Address:** 410 TERRY AVENUE NORTH SEATTLE, WA 98109
**State of Origin:** DE
**Registered Agent:** CORPORATION SERVICE COMPANY
**Registered Agent Address:**
15 WEST SOUTH TEMPLE, SUITE 600
Salt Lake City, UT 84101

[View Management Team]

### Status: Active

[Purchase Certificate of Existence]

**Status:** Active 🟢 *as of 07/27/2020*
**Renew By:** 07/31/2024
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** <u>Not</u> Registered with Verify Utah

### History

[View Filed Documents]

**Registration Date:** 07/27/2020
**Last Renewed:** 06/29/2023

### Additional Information

**NAICS Code:** 4541 **NAICS Title:** 4541-Electronic Shopping and Mail-Order

<< Back to Search Results

Business Name: