EXHIBIT 13



## DIVISION OF CORPORATIONS AND COMMERCIAL CODE
# BUSINESS SEARCH

## AMAZON DEVELOPMENT CENTER U.S., INC.

[Update this Business]

**Entity Number:** 11899102-0143
**Company Type:** Corporation - Foreign - Profit
**Address:** 410 TERRY AVENUE NORTH SEATTLE, WA 98109
**State of Origin:** DE
**Registered Agent:** CORPORATION SERVICE COMPANY
**Registered Agent Address:**
15 WEST SOUTH TEMPLE, SUITE 600
Salt Lake City, UT 84101

[View Management Team]

Status: Active

[Purchase Certificate of Existence]

**Status:** Active 🟢 *as of 08/14/2020*
**Renew By:** 08/31/2024
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

History

[View Filed Documents]

**Registration Date:** 08/14/2020
**Last Renewed:** 07/22/2023

Additional Information

**NAICS Code:** 5141 **NAICS Title:** 5141-Information Services

<< Back to Search Results

Business Name: