# EXHIBIT 14



## AMAZON KUIPER COMMERCIAL SERVICES LLC

[Update this Business]

**Entity Number:** 13283955-0161
**Company Type:** LLC - Foreign
**Address:** 410 TERRY AVE N Seattle, WA 98109
**State of Origin:** DE
**Registered Agent:** CORPORATION SERVICE COMPANY
**Registered Agent Address:**
15 WEST SOUTH TEMPLE, SUITE 600
Salt Lake City, UT 84101

[View Management Team]

Status: Active

[Purchase Certificate of Existence]

**Status:** Active 🟢 *as of 02/28/2023*
**Renew By:** 02/29/2024
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

History

[View Filed Documents]

**Registration Date:** 02/27/2023
**Last Renewed:** N/A

Additional Information

**NAICS Code:** 9999 **NAICS Title:** 9999-Nonclassifiable Establishment

<< Back to Search Results

Business Name: