# EXHIBIT 18



# AMAZON PAYMENTS, INC.

Update this Business

**Entity Number:** 5949471-0143
**Company Type:** Corporation - Foreign - Profit
**Address:** 410 TERRY AVENUE NORTH SEATTLE, WA 98109
**State of Origin:** DE
**Registered Agent:** CORPORATION SERVICE COMPANY
**Registered Agent Address:**
15 WEST SOUTH TEMPLE, SUITE 600
Salt Lake City, UT 84101

View Management Team

## Status: Active

Purchase Certificate of Existence

**Status:** Active 🟢 *as of 06/29/2005*
**Renew By:** 06/30/2024
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

## History

View Filed Documents

**Registration Date:** 06/29/2005
**Last Renewed:** 06/15/2023

## Additional Information

**NAICS Code:** 5223 **NAICS Title:** 5223-Activities Related to Credit Interm

## Doing Business As

TEXTPAYME

## Former Business Names

MNESVC, INC.

<< Back to Search Results

Business Name: