# EXHIBIT 22



Start ∨    Grow ∨    Learn ∨    Pricing ∨    Blog ∨

Sign up

**Global selling**

# Sell worldwide with Amazon

Access hundreds of millions of customers around the world with Amazon Global Selling

Already selling on Amazon.com?     New to Amazon?

**Expand internationally**    **Get started**

New sellers can get $50 credit toward Sponsored Products ads—and other benefits. Learn more    🔒 Log in



Start ▾ | Grow ▾ | Learn ▾ | Pricing ▾ | Blog ▾ | Sign up

Reach



# Accelerate your international sales using the power of Amazon's global brand

With over 200 million paid Prime members globally and hundreds of millions of worldwide active customer accounts, you can leverage Amazon's global scale using Amazon's state-of-the-art international logistics capabilities.

Grow

## Grow and diversify your sales

Reduce low sales periods by taking advantage of peak seasons in other countries.

| Global selling | Overview | Guide | North America | Europe | Japan | Australia | India | Singapore |
| | | | | | | | | Middle East |

## Where to expand

New sellers can get $50 credit toward Sponsored Products ads—and other benefits. **Learn more**

🔒 Log in



Start ▾   Grow ▾   Learn ▾   Pricing ▾   Blog ▾   Sign up

## Europe

**Germany, UK, France, Italy, Spain, and the Netherlands**

With just one account you can reach customers across **28 different countries** shopping in Amazon's European stores.

Learn about expanding to Europe →

## Asia-Pacific

**Japan and Australia**

Be part of the world's third-largest economy by selling in Japan or benefit from a growing customer base by selling in Australia.

Learn about expanding to India →

Learn about expanding to Japan →

Learn about expanding to Australia →

## Emerging

**Middle East, Turkey, Singapore, and Brazil**

Be among the first to expand to our emerging marketplaces like the Middle East, Singapore, Turkey, and Brazil.

Learn about expanding to the Middle East →

Learn about expanding to Singapore →

## See how customers shop Amazon stores around the world:

**Europe**
- 🇬🇧 Amazon.co.uk ↗
- 🇩🇪 Amazon.de ↗
- 🇪🇸 Amazon.es ↗
- 🇫🇷 Amazon.fr ↗
- 🇮🇹 Amazon.it ↗
- 🇳🇱 Amazon.nl ↗
- 🇵🇱 Amazon.pl ↗
- 🇸🇪 Amazon.se ↗
- 🇹🇷 Amazon.com.tr ↗

**Asia-Pacific**
- 🇯🇵 Amazon.co.jp ↗
- 🇮🇳 Amazon.in ↗
- 🇦🇺 Amazon.com.au ↗
- 🇸🇬 Amazon.sg ↗

**Middle East**
- 🇦🇪 Amazon.ae ↗
- 🇪🇬 Amazon.eg ↗
- 🇸🇦 Amazon.sa ↗

**Americas**
- 🇺🇸 Amazon.com ↗
- 🇨🇦 Amazon.ca ↗
- 🇲🇽 Amazon.com.mx ↗
- 🇧🇷 Amazon.com.br ↗

New sellers can get $50 credit toward Sponsored Products ads—and other benefits. **Learn more**   🔒 Log in



Start ▾    Grow ▾    Learn ▾    Pricing ▾    Blog ▾     Sign up

# Learn how to expand globally

Watch presentations from Amazon Accelerate



| Video  30:02 | Video  24:43 |
|---|---|
| **Expand to Established Amazon Stores** | **Expand to Emerging Amazon Stores** |
| Learn about reaching customers in Europe, Japan, Canada, and elsewhere. | Learn about reaching customers in Australia, Mexico, Brazil, and elsewhere. |

# See how other sellers operate worldwide

## Blink Home Security

  02/03  

New sellers can get $50 credit toward Sponsored Products ads—and other benefits. **Learn more**        🔒 Log in



Start  Grow  Learn  Pricing  Blog            Sign up

99

# Amazon FBA allowed us to get our product out to millions of people, and do it quickly and efficiently.

**David Laubner**
Blink Home Security | Redmond, WA, US



---

**SELLS IN:**

North America, Europe, Japan, Australia

Read full case study →

View all case studies →

# Get ready for global selling

Yes, you can do it–and we're here to help. Learn how to expand successfully.

Get started

🌐 English       🇺🇸 United States       ⭐ Feedback

---

**Sell with Amazon**          **Selling Programs**           **Amazon for Brands**    **Resources**              **Tools**

Sell online                   Fulfillment by Amazon          Online store builder     Selling Partner Blog       Login to your seller account

How to sell on                                                                        Seller University          Amazon Seller



New sellers can get $50 credit toward Sponsored Products ads—and other benefits. Learn more                                                     🔒 Log in



| | | | | |
|---|---|---|---|---|
| What is dropshipping | Black Business Accelerator | Customer Behavior Analytics | More ways to make money | sell |
| Sell books online | More programs | A+ Content | | Revenue calculator |

Terms of Service    Privacy Policy    © 2023, Amazon.com Services LLC.