AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

DP CREATIONS, LLC dba
BOUNTIFUL BABY,

        Plaintiff,

v.

KE YI KE ER SHENZHEN TOYS CO.,
LTD., dba MIAIO TOYS,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-00311-TC-CMR

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice for lack of personal jurisdiction.

February 16, 2024
*Date*

BY THE COURT:

*[signature]*
Tena Campbell
United States District Court Judge